EXHIBIT 1

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

ABC IP, LLC, et al.,
Plaintiffs,

v.

Jesse T. Kline,
Defendant.
Civil Action No. 3:25-cv-00454-CWR-ASH

**Declaration of Jesse T. Kline in Support of Defendant's Motion To Dismiss Under Rules 12(b)(2), (4), and (5)**

I, Jesse T. Kline, declare under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     Since 2022, I have been domiciled in the State of Utah, where I maintain my permanent residency, personal property, voting registration, and intent to remain indefinitely.

2.     All Utah documents submitted with my motion, including my Utah driver's license, voter registration, vehicle registration, and concealed-firearm permit, are valid and issued to me and accurately reflect my domicile was in Utah during the time the complaint was filed and is still currently.

3.     The Pearl, Mississippi, property referenced is not my permanent residence.  My presence in the state of Mississippi is transitory, as I entered into a binding contract where I enrolled in my home state of Utah with a U.S. Department of Veterans' Affairs Rehabilitation Program.  This program involves temporary relocation, ongoing medical treatment, and participation in college education.  I intend to remain in Utah and will return at the conclusion of my rehabilitation program and at the end of the academic terms.  The Mississippi property was unoccupied during

1

the late spring-summer of 2025 while I was away for break and residing out of state. I disclosed my transient presence in the state to clarify to the court why I am in Mississippi at times.

4. All attempted service of process happened while the property was unoccupied and were invalid. I was not physically present in Mississippi or otherwise not on the property, nor was any person of suitable age or discretion residing at that address authorized to accept service on my behalf.

5. My security system shows the process server on the property only on June 29, 2025, July 6, 2025 at 23:20, and September 21, 2025. On July 6, he entered my property after expressly being told to leave and attached a GPS tracking device to my wife's vehicle. On September 21, he left "papers" outside the door of an unoccupied home, never identifying himself or his purpose; no one accepted or refused these unidentified "papers", as no one was physically on the property. I kept records of all persons on the property while away.

6. Behind Enemy Lines LLC was administratively dissolved on 07/12/2024. The LLC was reinstated in August 2025, listed an incorrect address, and was corrected and updated with the Illinois Secretary of State shortly thereafter. This IL LLC was dissolved at the time the complaint was filed, and before the '247 patent was granted by the USPTO.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 18 day of November 2025.

Jesse T. Kline

2

# Exhibit 2



VOTER INFORMATION CARD

PRINT DATE: December 5, 2022

| NAME | PRECINCT |
|---|---|
| JESSE T █████ KLINE | ███ |

| VOTER ID # | PARTY |
|---|---|
| ████████████ | Constitution |

| CONGRESSIONAL DISTRICT | STATE SENATE | STATE HOUSE | STATE SCHOOL |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

| COUNTY COUNCIL | LOCAL SCHOOL | CITY COUNCIL | REGISTRATION DATE |
|---|---|---|---|
| ███ | ███ | ███ | 11/04/2022 |

# Exhibit 3



## MY VOTER REGISTRATION INFO

**Name:** Jesse T █████ Kline



**Voting Precinct:**

**Voting District:**

**Voter ID Number**

**Party Affiliation:** Constitution

**Voter Status:** Active

Give Feedback

**UTAH**
An official website

**Renewal Express**
Utah State Tax Commission

**Home**

◀

# Exhibit 4

▶

## We Found Your Vehicle

### Personal Information

**Name:**

JESSE T ███████ KLINE

**Address:**

███████████████

### Registration Information

**Year:**

████████████

**Make:**

████████████

**Model:**

██████████████████

**Plate Number:**

████████████

**VIN/HIN:**

████████████

Give Feedback

Registration Expiration Date:

01/31/2026

## Inspection Information

Emissions Certification:

Not Required

Safety Certification:

Not Required



**Renewal Express**
**Utah State Tax Commission**

**Related Links & Resources**

Home

Renewal Express FAQ

On the Spot Locations

Order Custom Plates

DMV Homepage

**Registration Support:**

Give Feedback

**801-297-7780**
**or 1-800-DMV-UTAH**

- o **Have not received registration**
- o **Have not received decals**
- o **Payment inquiries**
- o **Questions about your vehicle's registration status**

**Utah.gov Website Technical Support:**
**801-983-0275**

---

## An official website of the state of Utah

© State of Utah

Utah.gov Home        Terms of Use        Privacy Policy        Accessibility        Translate

Give Feedback

  

 Motor Vehicle Portal

< **Home**

# Exhibit 5

(i)  You are requesting the title status of a vehicle.



I am a(n)
Individual

Is the vehicle currently registered?
Yes

Last Four of VIN / HIN

Last Name / Trust Name
KLINE

ID Type
Plate Number

Zip Code

Plate Number (up to 10 characters)

Search

**Vehicle Information**

Truck

**Title Status**

Title Status    : Active

Status Date    : 28-Feb-2023

If you would like to request a duplicate title Click Here to get started. You will be taken to a new page and any work you've done here will not be saved.

Give Feedback

An official website of the state of Utah
© State of Utah

Utah.gov Home ☐    Terms of Use ☐

Privacy Policy ☐    Accessibility ☐    Translate ☐



| Form **LLC-35.40/ 45.65** May 2012 | Illinois Limited Liability Company Act **Application for Reinstatement Following Administrative Dissolution or Revocation** | FILE # 12642725 |

Secretary of State
Department of Business Services
Limited Liability Division
501 S. Second St., Rm. 351
Springfield, IL 62756
217-524-8008
www.ilsos.gov

# Exhibit 6

Filing Fee:   200.00

Approved:   LXR

**FILED**

August 06, 2025

**Alexi Giannoulias
Secretary of State**

1. Limited Liability Company Name:

   BEHIND ENEMY LINES LLC

2. State of Organization: IL

3. Date Notice of Dissolution or Revocation issued: 7/12/2024

4. Registered Agent:   JESSE KLINE

   329 N 3RD ST

   EARLVILLE, IL  60518-8117

I affirm under penalties of perjury, having authority to sign hereto, that this application for reinstatement is to the best of my knowledge and belief, true, correct and complete.

Dated: ___August 06___, ___2025___
         Month/Day              Year

KLINE, JESSE T
_____
Signature

MANAGER
_____
Name and Title (type or print)

If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.ilsos.gov. Based on verstion May 2012 — 1 — LLC 8.9

# Exhibit 7

ilsos.gov (https://www.ilsos.gov/)

**Official Website of the Illinois Secretary of State**

Here's how you know ⌄

(https://www.ilsos.gov/)

ILLINOIS SECRETARY *of* STATE
**ALEXI GIANNOULIAS** (https://www.ilsos.gov/)

Search Ilsos.gov...

(https://www.ilsos.g

| Vehicles, 🚗 Plates & ⌄ Titles | 💼 Business ⌄ Services | M Se |
|---|---|---|

## Business Entity Search

### Entity Information

**Entity Name**
BEHIND ENEMY LINES LLC

**Principal Address**
50 W BROADWAY STE 835
SALT LAKE CITY,UT 841010000

**File Number**
12642725

**Status**
ACTIVE on 08-06-2025

**Entity Type**
LLC

**Type of LLC**
Domestic