# Exhibit 3

## 🔍 MY VOTER REGISTRATION INFO

**Name:** Jesse T█████ Kline

█████████████████████

**Voting Precinct:** ███████

**Voting District:** ███████

**Voter ID Numbe** ███████

**Party Affiliation:** Constitution

**Voter Status:** Active

Give Feedback