

# Renewal Express
Utah State Tax Commission

---

**Home**

# Exhibit 4

## We Found Your Vehicle

### Personal Information

**Name:**

JESSE T ██████ KLINE

**Address:**

████████████

---

### Registration Information

**Year:**

████████

**Make:**

████████

**Model:**

████████████

**Plate Number:**

████████

**VIN/HIN:**

████████

Give Feedback

**Registration Expiration Date:**

01/31/2026

## Inspection Information

**Emissions Certification:**

Not Required

**Safety Certification:**

Not Required



## Renewal Express
## Utah State Tax Commission

### Related Links & Resources

Home

Renewal Express FAQ

On the Spot Locations

Order Custom Plates

DMV Homepage

### Registration Support:

Give Feedback

801-297-7780
or 1-800-DMV-UTAH

- ○ **Have not received registration**
- ○ **Have not received decals**
- ○ **Payment inquiries**
- ○ **Questions about your vehicle's registration status**

**Utah.gov Website Technical Support:**
**801-983-0275**

---

# An official website of the state of Utah

## © State of Utah

**Utah.gov Home**     **Terms of Use**     **Privacy Policy**     **Accessibility**     **Translate**

Give Feedback