

 Motor Vehicle Portal

< **Home**

# Exhibit 5

(i)  You are requesting the title status of a vehicle.



I am a(n)
Individual                                  ⌄

Last Name / Trust Name
KLINE

Zip Code
████████████████

Is the vehicle currently registered?
Yes                                         ⌄

Last Four of VIN / HIN
████████████████

ID Type
Plate Number                                ⌄

Plate Number (up to 10 characters)
████████████████

Search

## Vehicle Information

Truck

████████████████

## Title Status

Title Status      : Active

Status Date       : 28-Feb-2023

If you would like to request a duplicate title Click Here to get started. You will be taken to a new page and any work you've done here will not be saved.

Give Feedback

An official website of the state of Utah
© State of Utah

Utah.gov Home ⌕      Terms of Use ⌕

Privacy Policy ⌕     Accessibility ⌕     Translate ⌕

