| Form **LLC-35.40/ 45.65** May 2012 | Illinois Limited Liability Company Act | FILE # 12642725 |
| :--- | :--- | :--- |
| **Secretary of State** Department of Business Services Limited Liability Division 501 S. Second St., Rm. 351 Springfield, IL 62756 217-524-8008 www.ilsos.gov | **Application for Reinstatement Following Administrative Dissolution or Revocation** **Exhibit 6** Filing Fee: 200.00 Approved: LXR | **FILED** August 06, 2025 **Alexi Giannoulias Secretary of State** |

1. Limited Liability Company Name:

   BEHIND ENEMY LINES LLC

2. State of Organization: IL

3. Date Notice of Dissolution or Revocation issued: 7/12/2024

4. Registered Agent: JESSE KLINE

   329 N 3RD ST

   EARLVILLE, IL  60518-8117

I affirm under penalties of perjury, having authority to sign hereto, that this application for reinstatement is to the best of my knowledge and belief, true, correct and complete.

Dated: __August 06__, __2025__
                        Month/Day           Year

KLINE, JESSE T
_____
Signature

MANAGER
_____
Name and Title (type or print)

If applicant is a company or other entity, state Name of Company

This document was generated electronically at www.ilsos.gov. Based on verstion May 2012 — 1 — LLC 8.9