# Exhibit 7

ilsos.gov (https://www.ilsos.gov/)

**Official Website of the Illinois Secretary of State**

Here's how you know ⌄

(https://www.ilsos.gov/)

**ILLINOIS SECRETARY *of* STATE**
**ALEXI GIANNOULIAS** (https://www.ilsos.gov/)

Search Ilsos.gov...

(https://www.ilsos.g

s ⌄    🚗 Vehicles, Plates & Titles ⌄    💼 Business Services ⌄    M S

# Business Entity Search

## Entity Information

**Entity Name**
BEHIND ENEMY LINES LLC

**Principal Address**
50 W BROADWAY STE 835
SALT LAKE CITY,UT 841010000

**File Number**
12642725
**Status**
ACTIVE on 08-06-2025

**Entity Type**
LLC
**Type of LLC**
Domestic