

A TRUE COPY I CERTIFY
DAVID A O'TOOLE, CLERK
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
By: _____*MichelleBaxter*_____

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

| | | |
|---|---|---|
| ABC IP, LLC, et al. v. Kline, | ) | |
| S.D. Mississippi, C.A. No. 3:25-00454 | ) | MDL No. 3176 |

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
### AND VACATING THE JULY 30, 2026, HEARING SESSION ORDER

A conditional transfer order was filed in the above listed action on April 3, 2026. Prior to expiration of that order's 7-day stay of transmittal, defendant filed a notice of opposition to the proposed transfer.  Defendant later filed the required motion and brief to vacate the conditional transfer order.  On July 27, 2026, the Panel received defendant's withdrawal of the opposition to the proposed transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-1" filed on April 3, 2026, is LIFTED insofar as it relates to this action.  The action is transferred to the Eastern District of Texas for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Amos L. Mazzant, III.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on June 12, 2026, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jessica D. Birnbaum
Clerk of the Panel