EDTX UAET (03-2025)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

ABC IP, LLC, et al.,
_____
Plaintiff

v.                                                     Civ. No. 4:26-cv-00958
                                                                _____

JESSE T. KLINE,
_____
Defendant

UNOPPOSED APPLICATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT

Party requesting extension:  Defendant Jesse T. Kline
                             _____

Date Party's answer was originally due:                    08/04/2026
                                                           _____

Date Party's answer is now due (must not exceed 45 days after original due date):   08/25/2026
                                                                                   _____

Date: 08/03/2026          /s/
      _____         _____
                          Full Name: John M. Skeriotis
                          State Bar No.: Ohio #0069263
                          Address: Emerson, Thomson & Bennett,
                                   LLC1914 Akron-Peninsula
                                   RoadAkron, Ohio 44313

                          Phone: (330) 434-9999
                          Fax: (330) 434-8888
                          Email: jms@etblaw.com

**Please note:**
- A Certificate of Conference is not required.
- If a party that must be served is not registered to receive electronic notice, you must attach a Certificate of Service that states the date and method of service used (LR CV-5(c)).
- To electronically file this document, flatten the PDF and then upload it to CM/ECF using the *Unopposed Application for Extension of Time to Answer Complaint* event (Civil -> Motions and Related Filings -> Answer Extension Application).
- In a case assigned to Judge Marcia A. Crone, use of this form is disallowed. (See **Standing Order MC-12 Filing of Answers and Defenses** at www.txed.uscourts.gov -> Judges -> Marcia A. Crone -> Standing Orders.)