**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

**IN RE: RARE BREED TRIGGERS PATENT LITIGATION**

**MDL No. 4:26-md-03176-ALM**

**ABC IP, LLC and RARE BREED TRIGGERS, INC.,**

**Plaintiffs,**

**v.** **Civil Action No. 4:26-cv-00958-ALM**

**JESSE T. KLINE,**

**Defendant**

**DEFENDANT'S CONSOLIDATED NOTICE OF PRO SE APPEARANCE, CONSENT TO ELECTRONIC SERVICE, AND ACKNOWLEDGMENT OF ORDERS**

Defendant Jesse T. Kline submits this notice in connection with the proposed withdrawal of counsel. Kline will proceed *pro se* when withdrawal becomes effective.

## I. Pro Se Appearance and Contact Information

Under Local Rule CV-11(d), Defendant provides physical address, 329 N. Third Street, Earlville, IL 60518; mailing address, P.O. Box 106, Mendota, IL 61342; email, jkline05191986@proton.me; telephone, (385) 402-0643. He will promptly update the Clerk regarding any changes. Pending E.D. Texas matters: member case 4:26-cv-00958-ALM and coordinated MDL 4:26-md-03176-ALM.

## II. Consent to Electronic Service

Defendant consents to electronic service at jkline05191986@proton.me under Fed. R. Civ. P. 5(b)(2)(E) and Local Rule CV-5(d), including email service of discovery under § 15(a) of the Discovery Order on the terms applicable to counsel. He will monitor this address. This consent does not constitute CM/ECF Filing User registration.

## III. Acknowledgment of Governing Orders and Exhibit A

Defendant agrees to comply with the operative Discovery, E-Discovery, Protective, and Initial Case Management Orders, as amended. Departure from the E-Discovery Order's production parameters requires agreement under paragraph 4 of that Order or further order of the Court. Defendant understands he may not receive or inspect Attorneys' Eyes Only ("AEO") material under the current orders without Court authorization and will comply. He intends to request a limited "AEO–Kline" exception by separate application, with suitable safeguards. This acknowledgment preserves that right but grants no present access. As Plaintiffs request, Defendant will execute and submit the actual Exhibit A to the operative Protective Order if required by the Court's withdrawal ruling or the Protective Order. This acknowledgment does not substitute for the signed form.

## IV. Agreement to Applicable Rules and Standards

While *pro se*, Defendant agrees to the procedural rules, deadlines, standards of conduct, and orders applicable to other parties' counsel, including directions concerning Defendants' Leadership Counsel. This notice reserves all defenses, privileges, and objections.

Dated: 11/20/2026

Respectfully submitted,

Jesse T. Kline
P.O. Box 106, Mendota, IL 61342
Tel.: (385) 402-0643
Email: jkline05191986@proton.me
Defendant, *pro se* upon effective withdrawal of counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on the date of this filing, a true and correct copy of the foregoing document was served upon all counsel of record through the Court's CM/ECF electronic filing system, which provides electronic notification to all registered counsel of record.

Jesse T. Kline

PRESS FIRMLY TO SEAL

FSC MIX Board FSC® C116916

PAPER POUCH how2recycle.info

PRESS FIRMLY TO SEAL

PRIORITY MAIL EXPRESS
FLAT RATE ENVELOPE
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE. Retail

E

US POSTAGE PAID
$38.25
Origin: 39208
11/20/26
2737980038-3

PRIORITY MAIL EXPRESS®

JESSE KLINE
643 APRIL SOUND
PEARL MS 39208-6604
(385) 062-0714

0 Lb 2.10 Oz
RDC 07

SCHEDULED DELIVERY DAY: 11/23/26 06:00 PM

RECEIVED
NOV 23 2026
U.S. DISTRICT COURT
TEXAS EASTERN

C001

SHIP TO:
(903) 892-2921
PAUL BROWN COURTHOUSE
101 E PECAN ST
SHERMAN TX 75090-0041

USPS TRACKING® #

9570 1146 7916 6324 9675 37

UNITED STATES POSTAL SERVICE®

PRIORITY MAIL EXPRESS®

EI 547 223 857 US

CUSTOMER USE ONLY

FROM: (PLEASE PRINT) PHONE (385) 4020643
Jesse Kline
643 April Sound
Pearl, MS 39208

BC 11/21

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No. | Federal Agency Acct. No. or Postal Service™ Acct. No.

ORIGIN (POSTAL SERVICE USE ONLY)

| 1-Day | X 2-Day | Military | DPO |
|---|---|---|---|
| PO ZIP Code: 39209 | Scheduled Delivery Date (MM/DD/YY): 11-25-26 | Postage: $ 38.25 | |
| Date Accepted (MM/DD/YY): 11-20-26 | Scheduled Delivery Time: 6:00 PM | Insurance Fee: $ | COD Fee: $ |
| Time Accepted: 11:42 ☒ AM ☐ PM | | Return Receipt Fee: $ | Live Animal Transportation Fee: $ |
| Special Handling/Fragile: $ | Sunday/Holiday Premium Fee: $ | Total Postage & Fees | |
| Weight: ☒ Flat Rate lbs. 2 ozs. | Acceptance Employee Initials: B | $ 38.25 | |

DELIVERY OPTIONS (Customer Use Only)

☐ SIGNATURE REQUIRED Note: The mailer must check the "Signature Required" box if the mailer: 1) Requires the addressee's signature; OR 2) Purchases additional insurance; OR 3) Purchases COD service; OR 4) Purchases Return Receipt service. If the box is not checked, the Postal Service will leave the item in the addressee's mail receptacle or other secure location without attempting to obtain the addressee's signature on delivery.

Delivery Options
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available*)
*Refer to USPS.com® or local Post Office™ for availability.

TO: (PLEASE PRINT) PHONE (903) 892-2921
United States District Clerk
Paul Brown United States Courthouse
101 East Pecan Street Room 216
Sherman, Texas

ZIP + 4® (U.S. ADDRESSES ONLY)
75090

DELIVERY (POSTAL SERVICE USE ONLY)

| Delivery Attempt (MM/DD/YY) | Time | Employee Signature |
|---|---|---|
| | ☐ AM ☐ PM | |
| Del 11/23/26 | 3:13 ☐ AM ☒ PM | [signature] |

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

PEEL FROM THIS CORNER

LABEL 11-B, MAY 2021 PSN 7690-02-000-9996

This package is made from post-consumer waste. Please recycle - again.

2023
OD: 12 1/2 x 9 1/2

PAPER POUCH how2recycle.info

UNITED STATES POSTAL SERVICE®

Misuses may be a violation of federal law. This package is not for resale. EP13F © U.S. Postal Service; October 2023; All rights reserved.